USCA1 Opinion

 

 August 11, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1634 GEORGE K. RAUH, ETC., Plaintiff, Appellant, v. ROBERT DANIELS, ETC., Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Paul J. Barbadoro, U.S. District Judge] ___________________ ____________________ Before Cyr, Boudin and Stahl, Circuit Judges. ______________ ____________________ George K. Rauh on brief pro se. ______________ John C. Boeckeler and Roussos, Hage & Hodes on Memorandum of Law _________________ ______________________ in Support of Motion for Summary Dismissal of Appeal, for appellee. ____________________ ____________________ Per Curiam. The judgment of dismissal is affirmed __________ substantially for the reasons stated by the magistrate judge and district court. Affirmed. ________